**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

PROGRESSIVE HAWAII )
INSURANCE CORPORATION, )
         )
         **Plaintiff,** )
         )
v. )   **No.  3:19-CV-99**
         )   **Chief Judge Pamela Reeves**
         )
BRANDON WATSON, TAYLOR CREECH, )
EMILY YOW, BLAKE DUTTON, )
BARRY VAULTON, JOY VAULTON and )
AUTO OWNERS INSURANCE COMPANY, )
         )
         **Defendants.** )

**ORDER**

This matter is before the court on Defendants' motion to continue the trial date and extend various deadlines, including the response deadline for Plaintiff's motion for summary judgment [R. 48].  In support of the joint motion to continue, Defendants state that additional discovery needs to be taken prior to trial.  Defendants assert that they have been unable to conduct depositions because of the impact of COVID-19.

Considering the technological and physical impediments the COVID-19 pandemic has caused the parties, and in consideration of updated guidance from the CDC as well as federal, state, and local public health authorities, Defendants' motion to continue the trial date, modify and extend scheduling order deadlines, and extend time for response to motion for summary judgment [R. 48] is **GRANTED**, as follows:

1. Trial in this matter is **CONTINUED**, and the Court will contact the parties to reschedule. In the meantime, the parties are ordered to file a joint status report every 45 days from the date of entry of this order advising the Court of any updates regarding their ability to conduct discovery. A final pretrial conference will not be scheduled at this time. Should the court determine that such a hearing is necessary, the parties will be notified by separate notice**.**

2. All unexpired deadlines contained in the scheduling order previously entered in this case shall be adjusted to correspond to the new trial date.

3. The deadline for Defendants to respond to the Motion for Summary Judgment [R. 40] is extended 60 days from the date this order is entered.

**IT IS SO ORDERED**.

_____
**CHIEF UNITED STATES DISTRICT JUDGE**